IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kane, Patricia | Case Number: 06 B 07610 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/11/08 | Filed: 6/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2008
Confirmed: September 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,515.00 | |
| Secured: | | 6,882.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,200.00 |
| Trustee Fee: | | 432.03 |
| Other Funds: | | 0.00 |
| Totals: | 8,515.00 | 8,515.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,200.00 | 1,200.00 |
| 2. | Wells Fargo Financial | Secured | 0.00 | 0.00 |
| 3. | Chicago Patrolmen's Fed Credit Union | Secured | 0.00 | 0.00 |
| 4. | Chicago Patrolmen's Fed Credit Union | Secured | 0.00 | 0.00 |
| 5. | Chicago Patrolmen's Fed Credit Union | Secured | 13,121.83 | 2,585.52 |
| 6. | Wells Fargo Financial | Secured | 15,611.70 | 4,297.45 |
| 7. | Capital One | Unsecured | 772.67 | 0.00 |
| 8. | Capital One | Unsecured | 891.35 | 0.00 |
| 9. | First Premier | Unsecured | | No Claim Filed |
| 10. | HSBC | Unsecured | | No Claim Filed |
| 11. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Oaklawn Radiologist | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 31,597.55 | $ 8,082.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 222.24 |
| 5.4% | 209.79 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kane, Patricia | Case Number: 06 B 07610 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/11/08 | Filed: 6/28/06 |

_____
$ 432.03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

